ANNIE BRUDIE, as Administratrix of the Estate of WILLIAM BRUDIE, Deceased, Respondent, *v.* RENAULT FRÈRES SELLING BRANCH, INC., Appellant.

*Brudie* v. *Renault Frères Selling Branch, Inc.*, 160 App. Div. 889, affirmed.

(Argued May 31, 1916; decided June 16, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. Plaintiff's intestate, while engaged in the delivery of automobiles at the defendant's place of business, fell into the freight elevator shaft located in defendant's premises, and sustained injuries which resulted in his death. The appellant contends on this appeal that the evidence shows conclusively that the deceased was guilty of negligence which contributed to the accident and that there is no evidence to support the finding of the jury that he was free from contributory negligence and that the verdict is, therefore, contrary to the evidence and contrary to law.

*James I. Cuff* for appellant.

*W. Edgar Weaver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.